IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ALICE CARTER                                                    PLAINTIFF

vs.                    Civil Case No. 3:08CV00008 HLJ

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                  DEFENDANT

JUDGMENT

Pursuant to the Memorandum and Order filed in this matter on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's complaint is dismissed with prejudice.

SO ADJUDGED this 30th day of March, 2009.


_____
United States Magistrate Judge